# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of July, two thousand twenty-five.

Before:     Guido Calabresi,
                Michael H. Park,
                Alison J. Nathan,
                    *Circuit Judges*.

---

United States of America,

        Appellee,

    v.

Michael Hild,

        Defendant - Appellant.

**JUDGMENT**

Docket No. 23-6136

---

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

                    For the Court:
                    Catherine O'Hagan Wolfe,
                    Clerk of Court

