UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of October, two thousand twenty-five,

Present:      Guido Calabresi,
                Michael H. Park,
                Alison J. Nathan,

                Circuit Judges,

_____

United States of America,

          Appellee,

  v.

Michael Hild,

          Defendant - Appellant.

_____

ORDER
Docket No. 23-6136

      Appellant Michael Hild having filed a petition for panel rehearing and the panel that determined the appeal having considered the request,

      IT IS HEREBY ORDERED that the petition is DENIED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court