# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 25, 2026

Clerk
United States Court of Appeals for the Second
Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:  Michael Hild
           v. United States
           No. 25-1120
           (Your No. 23-6136)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 23, 2026 and placed on the docket March 25, 2026 as No. 25-1120.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst